# UNITED STATES BANKRUPTCY COURT
## Eastern District of Lousiana

In re   Knight Quartz Flooring, LLC  ,   Case No.   10-10178
          Debtor

          Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SCHNEIDER NATIONAL<br>PO BOX 281496<br>ATLANTA, GA 30384-1496 | | | | 8,541 |
| X-RITE<br>ATTN: Jay Mewborn<br>4300 44th Street SE<br>Grand Rapids, MI 49512 | | | | 8,699 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DESIGN MATERIALS<br>1260 LINCOLN AVE.<br>PASADENA, CA<br>91103 | | | | 10,185 |
| ENTERGY<br>P.O. BOX 8108<br>BATON ROUGE, LA<br>70891-8108 | | | | 10,663 |
| LEVENFELD PEARLSTEIN, LLC<br>2 NORTH LASALLE ST<br>CHICAGO, IL 60602 | | | | 11,119 |
| SIERRA HARD SURFACE SAMPLES<br>PO BOX 1186<br>CHATSWORTH, GA 30705 | | | | 12,161 |
| WW HENRY/ARDEX<br>ATTN: DANIELLE DOYLE<br>400 ARDEX PARK<br>ALIQUIPPA, PA 15001 | | | | 12,333 |
| Building Resources, Inc.<br>ATTN: Michael Pace<br>180 Mont Clair Ave.<br>Toronto, Ontario M5P 1P9 | | | | 14,046 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30317 - Acrobat PDFWriter

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Flatiron Capital<br>Dept. 2195<br>Denver, CO 80271-2195 | | | | 14,139 |
| KIPNIS ROSEN &<br>BLOOM, LTD<br>5550 W. TOUHY AVE.<br>SKOKIE, IL 60077 | | | | 15,625 |
| MARION MIXERS, INC.<br>3575 3RD AVENUE<br>MARION, IA 52302 | | | | 16,389 |
| SAIA MOTOR<br>FREIGHT LINE INC<br>PO BOX 730532<br>DALLAS, TX<br>75373-0532 | | | | 22,543 |
| ROADWAY EXPRESS<br>PO BXO 730375<br>DALLAS, TX<br>75373-0375 | | | | 27,026 |
| OLD DOMINION<br>FREIGHT LINE INC<br>14933 COLLECTION<br>CENTER DR.<br>CHICAGO, IL 60693 | | | | 31,041 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FEDEX NATIONAL LTL<br>PO BOX 95001<br>LAKELAND, FL 33804-5001 | | | | 31,252 |
| Curtis Thaxter LLC<br>ONE CANAL PLAZA<br>PORTLAND, ME 04112-7320 | | | | 35,385 |
| UNIVAR USA INC.<br>PO BOX 849027<br>DALLAS, TX 75284-9027 | | | | 35,951 |
| FEDEX FREIGHT<br>P.O. BOX 406708<br>ATLANTA, GA 30384-6708 | | | | 59,165 |
| SPERLING & SLATER, P.C.<br>55 WEST MONROE STREET<br>CHICAGO, IL 60603 | | | | 61,017 |
| NEWELL NORMAND, TAX COLLECTOR<br>PO BOX 30014<br>TAMPA, FL 33630 | | | | 77,111 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  1-22-10

Signature  /s/ Cynthia O. Knight

CYNTHIA O. KNIGHT,
General Partner of Oleny Partners, LP, designated member

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 30317 - Acrobat PDFWriter